■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ROBERT ENDY, Appellant.— Appeal by defendant from a judgment of the County Court, Putnam County, rendered June 19, 1964, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence. Judgment reversed, on the law and the facts, indictment dismissed and defendant discharged. In our opinion, the circumstantial evidence offered by the People does not, as a matter of law, possess the degree of certitude necessary to establish defendant's guilt (*People* v. *Eckert*, 2 N Y 2d 126, 129). Beldock, P. J., Christ, Hill, Rabin and Benjamin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GERALD GORDON, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the Supreme Court, Kings County, entered March 3, 1965, which, after a hearing, denied his application to vacate a judgment of the former County Court, Kings County, rendered May 19, 1958, convicting him of robbery in the first degree, assault in the second degree and petit larceny, upon a jury verdict, and imposing sentence upon him as a second felony offender. The judgment was affirmed (*People* v. *Gordon*, 8 A D 2d 835, affd. 7 N Y 2d 942). Order affirmed. No opinion. Beldock, P. J., Ughetta, Brennan, Hopkins and Benjamin, JJ., concur. (See *People* v. *Gordon*, 26 A D 2d 574, decided herewith, which affirmed an order entered June 29, 1964 in another *coram nobis* proceeding to vacate the same judgment.)